IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN JOSEPH FORD, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:11-cv-887-TMH |
| | ) [wo] |
| CHRIS HALL, ECSO, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On January 4, 2012, the Magistrate Judge filed a Recommendation to dismiss this case without prejudice for Plaintiff's failure to comply with the orders of this court, and his failure to properly continue the prosecution of this case. (Doc. No. 19). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and his failure to properly continue the prosecution of this case.

DONE this 30th day of January, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE